CO-386-online
10/03

# United States District Court
# For the District of Columbia

CHUGACH REGIONAL RESOURCES )
COMMISSION, )
)
)
    vs    Plaintiff )   Civil Action No._____
)
DIRK A. KEMPTHORNE, in his official )
capacity as Secretary of the Interior, et al., )
)
        Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Chugach Regional Resources Commission__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Chugach Regional Resources Commission__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

*Reid Chambers* (signature)

Signature
Sonosky, Chambers, Sachse, Endreson & Perry, LLP

D.C. Bar No. 148296
BAR IDENTIFICATION NO.

Reid Peyton Chambers
Print Name

1425 K Street, NW, Suite 600
Address

Washington, DC        20005
City        State        Zip Code

(202) 682-0240
Phone Number