Lloyd B. Miller, Esq.
Sonosky, Chambers, Sachse,
  Miller & Munson, LLP
900 West Fifth Avenue, Suite 700
Anchorage, Alaska 99501-2029
(907) 258-6377

Reid Peyton Chambers, Esq.
Sonosky, Chambers, Sachse,
  Endreson & Perry, LLP
1425 K Street, N.W., Suite 600
Washington, D.C. 20005
(202) 682-0240

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHUGACH REGIONAL RESOURCES COMMISSION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| DIRK A. KEMPTHORNE, Secretary, U.S. Department of the Interior; CARL J. ARTMAN, Assistant Secretary for Indian Affairs, U.S. Department of the Interior, | ) ) ) ) ) |
| Defendants. | ) ) |

**APPLICATION FOR PRELIMINARY INJUNCTION**

Plaintiff Chugach Regional Resources Commission (CRRC) respectfully moves the Court pursuant to FED.R.CIV.P. 65(a) and LCvR 65.1 for a preliminary injunction directing the Secretary immediately to award and fund the renewal of CRRC's self-determination contract with the Secretary pursuant to the Indian Self-Determination Act, 25 U.S.C. §§ 450-450n. In support of this Application, the Court is respectfully referred to the supporting memorandum filed herewith.

Respectfully submitted this 5th day of February, 2008.

By: /s/ Reid Peyton Chambers
    Reid Peyton Chambers, Esq.
    D.C. Bar No 148296
    SONOSKY, CHAMBERS, SACHSE,
      ENDRESON & PERRY, LLP
    1425 K Street, N.W., Suite 600
    Washington, D.C. 20005
    Telephone: 202-682-0240
    Facsimile: 202-682-0249

By: /s/ Lloyd Benton Miller
    Lloyd Benton Miller
    D.C. Bar No. 317131
    SONOSKY, CHAMBERS, SACHSE
    MILLER & MUNSON, LLP
    900 W. 5th Avenue, Suite 700
    Anchorage, AK 99501
    Telephone: 907-258-6377
    Facsimile: 907-272-8332

Of Counsel:

Peter G. Ashman
AK Bar No. 8306018

Carole A. Holley
AK Bar No. 0611076

SONOSKY, CHAMBERS, SACHSE,
MILLER & MUNSON, LLP
900 W. 5th Avenue, Suite 700
Anchorage, AK 99501
Tel: (907) 258-6377
Fax: (907) 272-8332

92702.2