Lloyd B. Miller, Esq.
Sonosky, Chambers, Sachse,
   Miller & Munson, LLP
900 West Fifth Avenue, Suite 700
Anchorage, Alaska 99501-2029
(907) 258-6377

Reid Peyton Chambers, Esq.
Sonosky, Chambers, Sachse,
   Endreson & Perry, LLP
1425 K Street, N.W., Suite 600
Washington, D.C. 20005
(202) 682-0240

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHUGACH REGIONAL RESOURCES COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DIRK A. KEMPTHORNE, Secretary, U.S. Department of the Interior; CARL J. ARTMAN, Assistant Secretary for Indian Affairs, U.S. Department of the Interior,<br><br>Defendants. | Case No. _____ |

**MOTION FOR EXPEDITED HEARING ON PLAINTIFF'S APPLICATIONS FOR A TEMPORARY RESTRAINING ORDER AND FOR A PRELIMINARY INJUNCTION**

Plaintiff Chugach Regional Resources Commission respectfully moves the Court pursuant to LCvR 65.1(d) for an expedited hearing date on Plaintiff's applications for a temporary restraining order and for a preliminary injunction.

1

In support of this motion the Court is respectfully referred to the accompanying memorandum in support.

Respectfully submitted this 5th day of February 2008.

By: */s/ Reid Peyton Chambers*
    Reid Peyton Chambers, Esq.
    D.C. Bar No 148296
    SONOSKY, CHAMBERS, SACHSE,
       ENDRESON & PERRY, LLP
    1425 K Street, N.W., Suite 600
    Washington, D.C. 20005
    Telephone: 202-682-0240
    Facsimile: 202-682-0249

By: */s/ Lloyd Benton Miller*
    Lloyd Benton Miller
    D.C. Bar No. 317131
    SONOSKY, CHAMBERS, SACHSE
    MILLER & MUNSON, LLP
    900 W. 5th Avenue, Suite 700
    Anchorage, AK 99501
    Telephone: 907-258-6377
    Facsimile: 907-272-8332

    Of Counsel:

    Peter G. Ashman
    AK Bar No. 8306018

    Carole A. Holley
    AK Bar No. 0611076

    SONOSKY, CHAMBERS, SACHSE,
    MILLER & MUNSON, LLP
    900 W. 5th Avenue, Suite 700
    Anchorage, AK 99501
    Tel: (907) 258-6377
    Fax: (907) 272-8332

Lloyd B. Miller, Esq.
Sonosky, Chambers, Sachse,
  Miller & Munson, LLP
900 West Fifth Avenue, Suite 700
Anchorage, Alaska 99501-2029
(907) 258-6377

Reid Peyton Chambers, Esq.
Sonosky, Chambers, Sachse,
  Endreson & Perry, LLP
1425 K Street, N.W., Suite 600
Washington, D.C. 20005
(202) 682-0240

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHUGACH REGIONAL RESOURCES COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DIRK A. KEMPTHORNE, Secretary, U.S. Department of the Interior; CARL J. ARTMAN, Assistant Secretary for Indian Affairs, U.S. Department of the Interior,<br><br>Defendants. | Case No. _____ |

**MEMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED HEARING ON PLAINTIFF'S APPLICATIONS FOR A TEMPORARY RESTRAINING ORDER AND FOR A PRELIMINARY INJUNCTION**

Plaintiff Chugach Regional Resources Commission (CRRC) has this date filed applications for a temporary restraining order and for a preliminary injunction in part to secure fiscal year 2008 appropriated funds which Plaintiff is entitled to receive, and which will in the absence of injunctive

1

relief be obligated by the Secretary to third parties. Defendants, their agents and employees are in the process of obligating said funds. If such funds are obligated to other programs or recipients, CRRC may be denied all possibility of relief.[1] An expedited hearing, as provided for in LCvR 65.1(d), is therefore necessary so that the Court may consider the motions and enter appropriate relief.

On February 1, 2008, plaintiff, through undersigned counsel, notified the defendants of plaintiff's intent to bring this action. (*See* Certificate of Counsel attached to Plaintiff's Memorandum in Support of Application for Temporary Restraining Order and for Preliminary Injunction, filed simultaneously herewith.) On the date of filing this motion, the Motion and all associated papers were hand-delivered to the Office of Defendant Carl Artman, Assistant Secretary for Indian Affairs, and to Sheila M. Lieber, Deputy Director, Federal Programs Branch, U.S. Department of Justice.

For the foregoing reasons, Plaintiff respectfully requests that an expedited hearing be held in this matter.

---

[1] *See Ramah Navajo School Board, Inc. v. Babbitt*, 87 F.3d 1338, 1340 (D.C. Cir. 1996) ("We then granted the plaintiffs' emergency motions for an administrative stay to preserve approximately $410,000 in fiscal year 1995 funds which would otherwise have lapsed to the Treasury during pendency of this appeal."); *City of Houston v. Dept. of Housing and Urban Development*, 24 F.3d 1421, 1426-27 (D.C. Cir. 1994); *Cronin v. F.A.A.*, 73 F.3d 1126, 1133 (D.C. Cir. 1996) (citing *City of Houston* for the same proposition).

Respectfully submitted this 5th day of February 2008.

By: /s/ Reid Peyton Chambers
    Reid Peyton Chambers, Esq.
    D.C. Bar No 148296
    SONOSKY, CHAMBERS, SACHSE,
      ENDRESON & PERRY, LLP
    1425 K Street, N.W., Suite 600
    Washington, D.C. 20005
    Telephone: 202-682-0240
    Facsimile: 202-682-0249

By: /s/ Lloyd Benton Miller
    Lloyd Benton Miller
    D.C. Bar No. 317131
    SONOSKY, CHAMBERS, SACHSE
    MILLER & MUNSON, LLP
    900 W. 5th Avenue, Suite 700
    Anchorage, AK 99501
    Telephone: 907-258-6377
    Facsimile: 907-272-8332

    Of Counsel:

    Peter G. Ashman
    AK Bar No. 8306018

    Carole A. Holley
    AK Bar No. 0611076

    SONOSKY, CHAMBERS, SACHSE,
    MILLER & MUNSON, LLP
    900 W. 5th Avenue, Suite 700
    Anchorage, AK 99501
    Tel: (907) 258-6377
    Fax: (907) 272-8332

Lloyd B. Miller, Esq.
Sonosky, Chambers, Sachse,
 Miller & Munson, LLP
900 West Fifth Avenue, Suite 700
Anchorage, Alaska 99501-2029
(907) 258-6377

Reid Peyton Chambers, Esq.
Sonosky, Chambers, Sachse,
 Endreson & Perry, LLP
1425 K Street, N.W., Suite 600
Washington, D.C. 20005
(202) 682-0240

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHUGACH REGIONAL RESOURCES COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> DIRK A. KEMPTHORNE, Secretary, U.S. Department of the Interior; CARL J. ARTMAN, Assistant Secretary for Indian Affairs, U.S. Department of the Interior, <br><br> Defendants. | Case No. _____ |

**ORDER GRANTING MOTION FOR EXPEDITED HEARING**

Plaintiff Chugach Regional Resources Commission, having moved this Court for an expedited hearing on its applications for a temporary restraining order and for a preliminary injunction pursuant to LCvR65.1(d), and having given notice as required by the Rule and the Court having fully considered said motion, it is hereby

1

ORDERED, that the motion is granted and this matter is set for hearing on the applications as follows:

Date:

Time:

Location:

Before the Honorable:

DATED this _____ day of _____, 2008.

_____
JUDGE OF THE UNITED STATES
DISTRICT COURT

92715.1