<p>

Lloyd B. Miller, Esq.
Sonosky, Chambers, Sachse,
   Miller & Munson, LLP
900 West Fifth Avenue, Suite 700
Anchorage, Alaska  99501-2029
(907) 258-6377

Reid Peyton Chambers, Esq.
Sonosky, Chambers, Sachse,
   Endreson & Perry, LLP
1425 K Street, N.W., Suite 600
Washington, D.C. 20005
(202) 682-0240

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHUGACH REGIONAL RESOURCES COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. _____ ) |
| DIRK A. KEMPTHORNE, Secretary, U.S. Department of the Interior; CARL J. ARTMAN, Assistant Secretary for Indian Affairs, U.S. Department of the Interior, | ) ) ) ) ) |
| Defendants. | ) ) |
| _____ | ) |

## CERTIFICATE OF COUNSEL

Pursuant to LCvR 65.1(a), undersigned counsel hereby certifies that actual notice of the time of making the applications for temporary restraining order and preliminary injunction filed in this action, and copies of all pleadings and papers filed in the action to date or to be presented at the hearing, have been furnished to defendants.

Respectfully submitted this 5th day of February 2008.

By: */s/ Reid Peyton Chambers*
    Reid Peyton Chambers, Esq.
    D.C. Bar No 148296
    SONOSKY, CHAMBERS, SACHSE,
      ENDRESON & PERRY, LLP
    1425 K Street, N.W., Suite 600
    Washington, D.C. 20005
    Telephone: 202-682-0240
    Facsimile: 202-682-0249

By: */s/ Lloyd Benton Miller*
    Lloyd Benton Miller
    D.C. Bar No. 317131
    SONOSKY, CHAMBERS, SACHSE
    MILLER & MUNSON, LLP
    900 W. 5th Avenue, Suite 700
    Anchorage, AK 99501
    Telephone: 907-258-6377
    Facsimile: 907-272-8332

    Of Counsel:

    Peter G. Ashman
    AK Bar No. 8306018

    Carole A. Holley
    AK Bar No. 0611076

    SONOSKY, CHAMBERS, SACHSE,
    MILLER & MUNSON, LLP
    900 W. 5th Avenue, Suite 700
    Anchorage, AK 99501
    Tel: (907) 258-6377
    Fax: (907) 272-8332