Lloyd B. Miller, Esq.
Sonosky, Chambers, Sachse,
   Miller & Munson, LLP
900 West Fifth Avenue, Suite 700
Anchorage, Alaska 99501-2029
(907) 258-6377

Reid Peyton Chambers, Esq.
Sonosky, Chambers, Sachse,
   Endreson & Perry, LLP
1425 K Street, N.W., Suite 600
Washington, D.C. 20005
(202) 682-0240

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHUGACH REGIONAL RESOURCES COMMISSION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 1:08-cv-00200-ESH |
| DIRK A. KEMPTHORNE, Secretary, U.S. Department of the Interior; CARL J. ARTMAN, Assistant Secretary for Indian Affairs, U.S. Department of the Interior, | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**AFFIDAVIT OF SERVICE**

I, Addie C. Rolnick, being duly sworn under oath do hereby affirm and swear as follows:

1. I am an adult, over 18 years of age, and am not a party to the above-captioned action.

2. On Tuesday, February 5, 2008, I served the Summons and Complaint in this action, along with copies of the Plaintiff's Application for Temporary Restraining

Order; Application for Preliminary Injunction; Combined Memorandum in Support of Application for Temporary Restraining Order and Application for Preliminary Injunction with Affidavit and Exhibits in Support; and Motion for Expedited Hearing with Memorandum in Support on:

(a)  the Attorney General of the United States, Michael B. Mukasey, by delivering these documents to his office at 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530-0001. As indicated by her signature on the attached return of service, the pleadings were accepted by Ms. W.T. Lee, the General Clerk, who advised me that she was authorized to accept service of process on behalf of the Attorney General; and

(b)  the United States Attorney for the District of Columbia, Jeffrey Taylor, by delivering these documents to his office at 501 3rd Street, N.W., Washington, D.C. 20001. As indicated by the attached receipt, the pleadings were accepted by Mr. Reginald Rowan, who advised me that he is authorized to accept service of process on behalf of the United States Attorney; and

(c)  the Secretary of the Interior, Dirk Kempthorne, and the Assistant Secretary for Indian Affairs, Carl Artman, by delivering these documents to their offices at the Department of the Interior, 1849 C Street, N.W., Washington, D.C. 20240. The pleadings were accepted by Mr. Arthur Gary, Associate Solicitor, General Law Division, who advised me that he is authorized to accept service of process on behalf of both Secretary Kempthorne and Assistant Secretary Artman.

I declare under penalty of perjury that the foregoing information contained in this affidavit of service is true and correct.

Executed on: February 6th, 2008.

By: _____
Addie C. Rolnick
SONOSKY, CHAMBERS, SACHSE
  ENDRESON & PERRY, LLP
1425 K Street, N.W., Suite 600
Washington, D.C. 20005
Telephone: 202-682-0240

Subscribed and sworn to me in person this 6th day of February, 2008.

_Stacey K. Kahkina_
Notary Public, District of Columbia
My commission expires: May 14, 2012.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _W.T. lEE (Gen. Clerk) DOS/main Bld.,_ _Mail-RM-B11-206 Refer To: MRU_

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
            Date                        *Signature of Server*

                                        _____
                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

```
RECEIVED IN OFFICIAL CAPACITY ONLY
Summons & Complaint C.A. No. 08-0200
and/or Document(s) CHUGACH REGIONAL RES. COMM.
V. DIRK KEMPTHORNE
BY: REGINALD D. ROWAN
Title: LEGAL ASST.
Date: 2/5/08
```

2008 FEB -5 A 11:12 RECEIVED