IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

```
_____
                                       )
CHUGACH REGIONAL RESOURCES             )
COMMISSION,                            )
                                       )
            Plaintiff                  )
                                       )
v.                                     )   Civil Action No. 08-0200 (ESH)
                                       )
DIRK A. KEMPTHORNE,                    )
in his official capacity as            )
Secretary of the Interior              )
                                       )
CARL J. ARTMAN,                        )
in his official capacity as            )
Assistant Secretary for                )
Indian Affairs,                        )
                                       )
            Defendants                 )
_____)
```

JOINT BRIEFING SCHEDULE

The parties have agreed, subject to the approval of the Court, to the following briefing schedule:

1. The plaintiff will file a motion for summary judgment on February 13, 2008.

2. The defendant will file a cross-motion for summary judgment on February 28, 2008.

3. The plaintiff will file a reply and opposition to defendant's cross-motion by March 11, 2008.

4. The defendant will file a reply by March 22, 2008.

                    Respectfully submitted,

| | |
|---|---|
| __/s/_____ | __/s/_____ |
| REID PEYTON CHAMBERS, ESQ. | JEFFREY A. TAYLOR, D.C. Bar# 498610 |
| D.C. Bar# 148296 | United States Attorney |
| SONOSKY, CHAMBERS, SACHSE, | |
| ENDRESON & PERRY, LLP | __/s/_____ |
| 1425 K Street, N.W. | RUDOLPH CONTRERAS, |
| Suite 600 | D.C. Bar#  434122 |
| Washington, D.C. 20005 | Assistant United States Attorney |
| Ph: (202) 682-0240 | |
| Fax: (202) 682-0249 | |
| | __/s/_____ |
| Counsel for the Plaintiff | DIANE M. SULLIVAN, D.C. Bar# 12765 |
| | Assistant United States Attorney |
| | Civil Division, Room E4919 |
| | 555 4th Street, N.W. |
| | Washington, D.C. 20530 |
| | Ph:(202) 514-7205 |
| | |
| | Counsel for the Defendant |
| | |
| | Of Counsel: |
| | SABRINA A. McCARTHY, D.C. Bar# 464183 |
| | Attorney-Advisor |
| | Office of the Solicitor |
| | U.S. Department of the Interior |