Lloyd B. Miller, Esq.
Sonosky, Chambers, Sachse,
　Miller & Munson, LLP
900 West Fifth Avenue, Suite 700
Anchorage, Alaska 99501-2029
(907) 258-6377

Reid Peyton Chambers, Esq.
Sonosky, Chambers, Sachse,
　Endreson & Perry, LLP
1425 K Street, N.W., Suite 600
Washington, D.C. 20005
(202) 682-0240

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHUGACH REGIONAL RESOURCES COMMISSION, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) <br> ) |
| v. | ) Case No. 1:08-cv-00200-ESH <br> ) |
| DIRK A. KEMPTHORNE, Secretary, U.S. Department of the Interior; CARL J. ARTMAN, Assistant Secretary for Indian Affairs, U.S. Department of the Interior, | ) <br> ) <br> ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

**RETURN OF SERVICE**

I, Addie C. Rolnick, being duly sworn under oath do hereby affirm and swear as follows:

1.  I am an adult, over 18 years of age, and am not a party to the above-captioned action.

2.  On Tuesday, February 5, 2008, I served the Summons and Complaint in this action, along with copies of the Plaintiff's Application for Temporary Restraining

Order; Application for Preliminary Injunction; Combined Memorandum in Support of Application for Temporary Restraining Order and Application for Preliminary Injunction with Affidavit and Exhibits in Support; and Motion for Expedited Hearing with Memorandum in Support on the Attorney General of the United States, Michael B. Mukasey, by delivering these documents to his office at 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530-0001. As indicated by her signature on the attached return of service, the pleadings were accepted by Ms. W.T. Lee, General Clerk, who advised me that she was authorized to accept service of process on behalf of the Attorney General.

I declare under penalty of perjury that the foregoing information contained in this affidavit of service is true and correct.

Executed on: February 7th, 2008.

By: _____
Addie C. Rolnick
SONOSKY, CHAMBERS, SACHSE
  ENDRESON & PERRY, LLP
1425 K Street, N.W., Suite 600
Washington, D.C. 20005
Telephone: 202-682-0240

Subscribed and sworn to me in person this 7th day of February, 2008.

_____
Notary Public, District of Columbia
My commission expires: May 14, 2012.

2

92769.1

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

CHUGACH REGIONAL RESOURCES
COMMISSION,

**SUMMONS IN A CIVIL CASE**

V.

DIRK A. KIMPTHORNE, in his official
capacity as Secretary of the Interior, et al.,

CASE NUMBER:

TO: (Name and address of Defendant)

ATTORNEY GENERAL MICHAEL B. MUKASEY
United States Department of Justice
950 Pennsylvania Avenue, N.W., Room B-103
Washington, D.C. 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lloyd B. Miller and Reid Peyton Chambers
Sonosky, Chambers, Sachse, Endreson & Perry, LLP
1425 K Street, NW, Suite 600
Washington, D.C. 20005

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                    DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: W.J.LEE (Gen.Clerk) DOS/Main Bld., Mail-RM-B11-206 Refer To: MRU

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                              *Signature of Server*

                                          _____
                                          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.