Lloyd B. Miller, Esq.
Sonosky, Chambers, Sachse,
  Miller & Munson, LLP
900 West Fifth Avenue, Suite 700
Anchorage, Alaska 99501-2029
(907) 258-6377

Reid Peyton Chambers, Esq.
Sonosky, Chambers, Sachse,
  Endreson & Perry, LLP
1425 K Street, N.W., Suite 600
Washington, D.C. 20005
(202) 682-0240

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHUGACH REGIONAL RESOURCES COMMISSION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:08-cv-00200-ESH ) |
| DIRK A. KEMPTHORNE, Secretary, U.S. Department of the Interior; CARL J. ARTMAN, Assistant Secretary for Indian Affairs, U.S. Department of the Interior, | ) ) ) ) ) |
| Defendants. | ) ) |

**RETURN OF SERVICE**

I, Addie C. Rolnick, being duly sworn under oath do hereby affirm and swear as follows:

1. I am an adult, over 18 years of age, and am not a party to the above-captioned action.

2. On Tuesday, February 5, 2008, I served the Summons and Complaint in this action, along with copies of the Plaintiff's Application for Temporary Restraining

Order; Application for Preliminary Injunction; Combined Memorandum in Support of Application for Temporary Restraining Order and Application for Preliminary Injunction with Affidavit and Exhibits in Support; and Motion for Expedited Hearing with Memorandum in Support on the United States Attorney for the District of Columbia, Jeffrey Taylor, by delivering these documents to his office at 501 3rd Street, N.W., Washington, D.C. 20001. As indicated by the attached receipt, the pleadings were accepted by Mr. Reginald Rowan, who advised me that he is authorized to accept service of process on behalf of the United States Attorney.

I declare under penalty of perjury that the foregoing information contained in this affidavit of service is true and correct.

Executed on: February 7th, 2008.

By: _____
Addie C. Rolnick
SONOSKY, CHAMBERS, SACHSE
  ENDRESON & PERRY, LLP
1425 K Street, N.W., Suite 600
Washington, D.C. 20005
Telephone: 202-682-0240

Subscribed and sworn to me in person this 7th day of February, 2008.

_____
Notary Public, District of Columbia
My commission expires: May 14, 2012.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
District of Columbia

CHUGACH REGIONAL RESOURCES
COMMISSION,

**SUMMONS IN A CIVIL CASE**

V.

DIRK A. KEMPTHORNE, in his official
capacity as Secretary of the Interior, et al.,

CASE NUMBER:

TO: (Name and address of Defendant)

JEFFREY A. TAYLOR, Esq.
United States Attorney for the District of Columbia
501 3rd Street, NW
Washington, D.C.  20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lloyd B. Miller and Reid Peyton Chambers
Sonosky, Chambers, Sachse, Endreson & Perry, LLP
1425 K Street, NW, Suite 600
Washington, D.C.  20005

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                                 DATE

(By) DEPUTY CLERK

RECEIVED IN OFFICIAL CAPACITY ONLY
Summons & Complaint C.A. No. 08-0200
and/or Document(s) CHUGACH REGIONAL RES. COMM.
V. DIRK KEMPTHORNE

BY: REGINALD D. ROWAN

Title: LEGAL ASST.

Date: 2/5/08

RECEIVED 2008 FEB -5 A 11:12