IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| CHUGACH REGIONAL RESOURCES COMMISSION, ) ) ) ) Plaintiff ) ) v. ) ) DIRK A. KEMPTHORNE, ) in his official capacity as ) Secretary of the Interior ) ) CARL J. ARTMAN, ) in his official capacity as ) Assistant Secretary for ) Indian Affairs, ) ) Defendants ) ) | Civil Action No. 08-0200 (ESH) **FILED** FEB . 7 2008 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

STIPULATION

Plaintiff, Chugach Regional Resources Commission, and Defendants, Dirk A. Kempthorne, in his official capacity as Secretary of the Interior, and Carl J. Artman, in his official capacity as Assistant Secretary-Indian Affairs, stipulate as follows:

1. The Secretary of the Interior will reserve and will not otherwise obligate $466,105.00 of Fiscal Year 2008 appropriations (which includes $119,105 in contract support costs), pending final resolution of this case.

2. The $466,105.00 represents the full amount of funding, including contract support costs, which Plaintiff Chugach Regional Resources Commission requested in its contract renewal request to the Bureau of Indian Affairs for Fiscal Year 2008.

3. In the event a final judgment is entered in this case ordering the Secretary to award and fund a contract for Chugach Regional Resources Commission for Fiscal Year 2008,

the Secretary of the Interior will not challenge a claim by Plaintiff for payment of interest on the amount of the award for the period from December 26, 2007 to the date of the Court's order. Interest would be computed at the rate established by the Secretary of Treasury, and published in the Federal Register, for interest payments under section 12 of the Contract Disputes Act of 1978, 41 U.S.C. § 611, and which is in effect at the time of the Court's order.

Respectfully submitted,

__/s/_____
REID PEYTON CHAMBERS, ESQ.
D.C. Bar# 148296
SONOSKY, CHAMBERS, SACHSE,
ENDRESON & PERRY, LLP
1425 K Street, N.W.
Suite 600
Washington, D.C. 20005
Ph: (202) 682-0240
Fax: (202) 682-0249

LLOYD BENTON MILLER
D.C. Bar# 317131
PETER G. ASHMAN
AK Bar# 8306018
CAROLE A. HOLLEY
AK Bar# 0611076
Sonosky, Chambers, Sachse,
Miller & Munson, LLP
900 W. 5th Avenue, Suite 700
Anchorage, AK 99501
Ph:(907) 258-6377
Fax: (907) 272-8332

Counsel for the Plaintiff

__/s/_____
JEFFREY A. TAYLOR, D.C. Bar# 498610
United States Attorney

__/s/_____
RUDOLPH CONTRERAS,
D.C. Bar# 434122
Assistant United States Attorney

__/s/_____
DIANE M. SULLIVAN, D.C. Bar# 12765
Assistant United States Attorney
Civil Division, Room E4919
555 4th Street, N.W.
Washington, D.C. 20530
Ph:(202) 514-7205

Counsel for the Defendant

Of Counsel:
SABRINA A. McCARTHY, D.C. Bar# 464183
Attorney-Advisor
Office of the Solicitor
U.S. Department of the Interior

Approved and So Ordered, this __7__ day of __February__ 2008.

_____
UNITED STATES DISTRICT JUDGE