Lloyd B. Miller, Esq.
Sonosky, Chambers, Sachse,
  Miller & Munson, LLP
900 West Fifth Avenue, Suite 700
Anchorage, Alaska 99501-2029
(907) 258-6377

Reid Peyton Chambers, Esq.
Sonosky, Chambers, Sachse,
  Endreson & Perry, LLP
1425 K Street, N.W., Suite 600
Washington, D.C. 20005
(202) 682-0240

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHUGACH REGIONAL RESOURCES COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> DIRK A. KEMPTHORNE, Secretary, U.S. Department of the Interior; CARL J. ARTMAN, Assistant Secretary for Indian Affairs, U.S. Department of the Interior, <br><br> Defendants. | Case No. 1:08-cv-0200-ESH |

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT AND SUPPORTING DOCUMENTS**

Plaintiff, Chugach Regional Resources Commission, respectfully moves as follows:

1.  Pursuant to the Court's Minute Order of February 6, 2008, Plaintiff's Motion for Summary Judgment is due February 13, 2008.

1

2. The parties are presently in active settlement negotiations directed at resolving the pending dispute.

3. On February 12, 2008, undersigned counsel conferred with counsel for the United States, who agreed that the resources Plaintiff and its counsel would have to commit to finalizing its Motion for Summary Judgement would be more productively used finalizing a settlement. Based on this situation, the United States agreed to an extension for Plaintiff to file its Motion for Summary Judgment.

4. The parties agree that this extension will not affect the remainder of the briefing schedule set forth in the February 6, 2008 Minute Order.

5. Undersigned counsel is authorized to state that Defendants' counsel consents to this Motion.

Accordingly, and in order to focus its energies exclusively on those negotiations, Plaintiff requests an extension of time until Wednesday, February 20, 2008 to file its Motion for Summary Judgment and supporting documents.

Respectfully submitted this 13th day of February 2008.

By: /s/ Reid Chambers
Reid Peyton Chambers, Esq.
D.C. Bar No. 148296
SONOSKY, CHAMBERS, SACHSE,
   ENDRESON & PERRY, LLP
1425 K Street, N.W., Suite 600
Washington, D.C. 20005
Telephone: (202) 682-0240
Facsimile: (202) 682-0249

Lloyd B. Miller, Esq.
Sonosky, Chambers, Sachse,
   Miller & Munson, LLP
900 West Fifth Avenue, Suite 700
Anchorage, Alaska  99501-2029
(907) 258-6377

Reid Peyton Chambers, Esq.
Sonosky, Chambers, Sachse,
   Endreson & Perry, LLP
1425 K Street, N.W., Suite 600
Washington, D.C. 20005
(202) 682-0240

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHUGACH REGIONAL RESOURCES COMMISSION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:08-cv-0200-ESH ) |
| DIRK A. KEMPTHORNE, Secretary, U.S. Department of the Interior; CARL J. ARTMAN, Assistant Secretary for Indian Affairs, U.S. Department of the Interior, | ) ) ) ) ) |
| Defendants. | ) ) |

**ORDER GRANTING UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT AND SUPPORTING DOCUMENTS**

Plaintiff Chugach Regional Resources Commission, having filed before this Court an Unopposed Motion for Enlargement of Time to File Motion for Summary Judgment and Supporting Documents, and the Court having fully considered said motion, it is hereby

1

ORDERED, that the motion is granted and

IT IS FURTHER ORDERED, that Plaintiff's Motion for Summary Judgment and supporting documents shall be due on or before February 20, 2008.

SO ORDERED this _____ day of _____, 2008.


_____
JUDGE OF THE UNITED STATES
DISTRICT COURT

92960.1