IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

```
_____
                               )
CHUGACH REGIONAL RESOURCES     )
COMMISSION,                    )
                               )
            Plaintiff,         )
                               )
v.                             )   Civil Action No. 08-0200 (ESH)
                               )
DIRK A. KEMPTHORNE, Secretary, )
U.S. Department of             )
the Interior, et al.           )
                               )
            Defendants.        )
_____)
```

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Diane M. Sullivan, Assistant U.S. Attorney, as counsel of record for the defendants in the above-captioned case.

```
                          Respectfully submitted,

                          ___/s/_____
                          DIANE M. SULLIVAN, D.C. Bar #12765
                          Assistant United States Attorney
                          555 Fourth Street, N.W.
                          Civil Division
                          Room E4919
                          Washington, D.C.  20530
                          (202)514-7205
```