**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

```
_____
                               )
CHUGACH REGIONAL RESOURCES     )
COMMISSION,                    )
                               )
             Plaintiff         )
                               )
v.                             )    Civil Action No. 08-0200 (ESH)
                               )
DIRK A. KEMPTHORNE,            )
in his official capacity as    )
Secretary of the Interior      )
                               )
CARL J. ARTMAN,                )
in his official capacity as    )
Assistant Secretary for        )
Indian Affairs,                )
                               )
             Defendants        )
_____)
```

**JOINT MOTION TO VACATE THE PRESENT BRIEFING SCHEDULE**

The parties, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, move to vacate the present briefing schedule.

The parties have largely resolved the underlying merits of the case. Among other things, the parties have not yet resolved the administrative task of electronically transferring the funds to Plaintiff's account, nor have the parties resolved the issue of attorneys' fees. In the event the parties cannot resolve the remaining issues, including the fee issue, they will submit a proposed briefing schedule on the matter no later than March 15, 2008. An order consistent with this request is attached.

Wherefore, it is respectfully requested that the present briefing schedule be vacated.

Respectfully submitted,

/s/ Reid Peyton Chambers                /s/ Jeffrey A. Taylor
_____             _____
REID PEYTON CHAMBERS, ESQ.              JEFFREY A. TAYLOR, D.C. Bar# 498610
D.C. Bar# 148296                        United States Attorney
LLOYD BENTON MILLER                     /s/ Rudolph Contreras
D.C. Bar# 317131                        _____
SONOSKY, CHAMBERS, SACHSE,              RUDOLPH CONTRERAS, D.C. Bar# 434122
ENDRESON & PERRY, LLP                   Assistant United States Attorney
1425 K Street, N.W.
Suite 600                               /s/ Diane M. Sullivan
Washington, D.C. 20005                  _____
Ph: (202) 682-0240                      DIANE M. SULLIVAN, D.C. Bar# 12765
Fax: (202) 682-0249                     Assistant United States Attorney
                                        Civil Division, Room E4919
Counsel for the Plaintiff               555 4th Street, N.W.
                                        Washington, D.C. 20530
                                        Ph:(202) 514-7205

                                        Counsel for the Defendants


                                        Of Counsel:
                                        SABRINA A. McCARTHY
                                        Attorney-Advisor
                                        Office of the Solicitor
                                        U.S. Department of the Interior

93087.1

**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

```
_____
                               )
CHUGACH REGIONAL RESOURCES     )
COMMISSION,                    )
                               )
            Plaintiff          )
                               )
v.                             )    Civil Action No. 08-0200 (ESH)
                               )
DIRK A. KEMPTHORNE,            )
in his official capacity as    )
Secretary of the Interior      )
                               )
CARL J. ARTMAN,                )
in his official capacity as    )
Assistant Secretary for        )
Indian Affairs,                )
                               )
            Defendants         )
_____)
```

## **ORDER**

Upon consideration of the joint motion to vacate the present briefing schedule, it is this _____ day of _____ 2008 hereby

Ordered, that in the event the parties cannot resolve the remaining issues, including the issue of attorneys' fees, they submit a proposed briefing schedule on or before March 15, 2008.

_____
U.S. District Court Judge

93088.1