**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CHUGACH REGIONAL RESOURCES COMMISSION, ) ) ) ) Plaintiff ) ) v. ) ) DIRK A. KEMPTHORNE, ) in his official capacity as ) Secretary of the Interior ) ) CARL J. ARTMAN, ) in his official capacity as ) Assistant Secretary for ) Indian Affairs, ) ) Defendants ) ) | **FILED** **APR 3 0 2008** NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT Civil Action No. 08-0200 (ESH) |

<u>**STIPULATION OF SETTLEMENT AND DISMISSAL**</u>

The parties made a Joint Motion on February 20, 2008 (R. 16) stating that the case had been resolved, except for the issue of attorneys' fees.  The parties desire to settle and compromise plaintiff's claim for attorneys' fees in order to avoid further litigation.  The parties agree as follows:

1.  The defendants agree to pay to the plaintiff and its attorneys, Sonosky, Chambers, Sachse, Endreson & Perry, LLP, the sum of twenty thousand dollars ($20,000), which sum shall be in full and complete satisfaction and settlement of any and all claims, demands, rights, and causes of action of whatsoever kind and nature for attorneys' fees and costs incurred in connection with the above captioned case.

2.  This stipulation of settlement shall not constitute an

admission of liability or fault on the part of the defendants, their agents, servants, or employees, and is entered into by both parties for the sole purpose of compromising disputed claims for attorneys' fees and costs and avoiding the expenses and risks of further litigation.

3.    It is also agreed, by and among the parties, that the settlement amount of twenty thousand dollars ($20,000) represents the entire amount of the settlement.

4.    Payment of the settlement amount will be made by electronic transfer drawn on the Treasury of the United States for twenty thousand dollars ($20,000) to the trust account of plaintiff's attorneys, Sonosky, Chambers, Sachse, Endreson & Perry, LLP.  The defendants agree to submit a payment request to the Judgment Fund within 10 working days of the date of this stipulation.

5.    In consideration of the payment of twenty thousand dollars ($20,000) as set forth above, the plaintiff agrees to waive any and all claims for attorneys' fees and costs associated with the above-captioned case or that could have been claimed with respect to this case.

6.    This agreement shall become effective only upon execution by all of the parties, however, this agreement may be executed by the parties in several counterparts and shall constitute one Stipulation of Settlement. The parties further

agree that a facsimile of the signatures of the parties and counsel will be the same as the original.

7.    This agreement shall be binding upon and inure to the benefit of the parties and their respective successors and assigns.

8.    Execution of this agreement by counsel for the parties shall constitute a dismissal of this action with prejudice, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, except that the Court shall retain jurisdiction to resolve a claim of non-compliance with the terms of this agreement.

In witness whereof, the parties hereto, intending to be legally bound have stipulated and agreed to the foregoing as of the ___17th___ day of _March_____', 2008.

Respectfully submitted,

/s/ *Reid Chambers*
_____
REID PEYTON CHAMBERS, ESQ.
D.C. Bar# 148296
SONOSKY, CHAMBERS, SACHSE,
ENDRESON & PERRY, LLP
1425 K Street, N.W.
Suite 600
Washington, D.C. 20005
Ph: (202) 682-0240
Fax: (202) 682-0249

Attorneys for Plaintiff

/s/ _____
JEFFREY A. TAYLOR, D.C. Bar# 498610
United States Attorney

/s/ _____
RUDOLPH CONTRERAS, D.C. Bar# 434122
Assistant United States Attorney

3

93695

/s/ _Diane M. Sullivan_

DIANE M. SULLIVAN, D.C. Bar #12765
Assistant United States Attorney
555 4TH St., N.W.,
Room E4919
Washington, D.C.  20530
Phone: (202) 514-7205

Attorneys for Defendant


SO ORDERED, this _29_ day of _April_ , 2008.

_Ellen S Huvelle_

United States District Judge

4                                    93695